IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CITY OF ROCKWOOD, TENNESSEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:04-cv-410 |
| | ) | |
| IMCO RECYCLING, INC., | ) | |
|     Defendant. | ) | |

## JUDGMENT ORDER

For the reasons stated in the court's memorandum opinion filed this day with the clerk, it is hereby **ORDERED** that judgment **ENTER** for the City of Rockwood, Tennessee, in the amount of $94,670.00, that IMCO Recycling, Inc. take nothing, and its counterclaim is **DISMISSED**.

    **IT IS SO ORDERED.**

                            **ENTER:**

                                  **s/Thomas W. Phillips**
                              **UNITED STATES DISTRICT JUDGE**